ACCEPTED
01-15-00509-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 9:26:37 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00509-CR

IN THE
COURT OF APPEALS
FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 9:26:37 AM
CHRISTOPHER A. PRINE
Clerk

NSEABASI SAMUEL WILLIAMS,

Appellant

VS.

THE STATE OF TEXAS

Appellee

MOTION TO WITHDRAW
AS COUNSEL OF RECORD ON APPEAL

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, JEROME GODINICH, JR., counsel for Appellant herein, and files this Motion to Withdraw as Counsel of Record on Appeal. In support thereof, he would respectfully show the Court as follows:

I.

The appellant was charged by indictment with the offense of Fraudulent Use of Identifying Information- less than five items, alleged to have occurred on January 23,

2013. On March 13, 2015, the appellant appeared in court and plead "guilty", and the court order the preparation of the presentence investigation report and scheduled sentencing for May 13, 2015.

On May 13, 2015, the court reviewed the presentence investigation report. The court heard argument from both counsel for Ms. Williams and counsel for the state. Ms. Williams also addressed the court.

At the conclusion of the hearing, the trial court denied appellant's request for deferred adjudication probation, adjudged the appellant guilty of the offense of Fraudulent Use of Identifying Information and sentence her to 5 years confinement in the Institutional Division of the Texas Department of Criminal Justice

## II.

In compliance with the requirements of *Anders v. California*, 386 U.S. 738 (1967), *High v. State*, 573 S.W. 2d 807 (Tex.Crim.App. 1978) and *Kelly v. State*, 436 S.W. 3d 313 (Tex.Crim.App. 2014), court-appointed counsel on this appeal states that he has diligently reviewed the entire appellate record in this case as well as the applicable case law. In his opinion, the record presents no plausible grounds for appeal.

The undersigned attorney has 1) written a letter to the appellant notifying him of counsel's opinion, 2) provided the appellant with a copy of this *Anders* Brief along with a copy of counsel's Motion to Withdraw, 3) informed the appellant of his right to file a *pro se* response and of his right to review the record preparatory to filing that response, 4)

informed the appellant that, should he choose to invoke his right to file a *pro se* response, he should sign and date a Motion to Review the Appellate Record (a form for which was included) and return it to the Court of Appeals within ten days of the date of the accompanying letter, 5) provided the appellant with the mailing address for the Court of Appeals, and 6) advised him of his right to file a Petition for Discretionary Review with the Court of Criminal Appeals should he fail to get relief in the Court of Appeals.

For the reasons set forth above, the appellant's counsel requests that he be permitted to withdraw as counsel on appeal for the appellant.

Respectfully submitted,

Jerome Godinich Jr.
917 Franklin, Suite 320
Houston, Texas 77002
Tel: (713) 237-8388
Fax: (713) 224-2889

3

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record on this 20th day of November, 2015, to wit:

Alan Curry
Appellate Division
Harris County District Attorney's Office
1201 Franklin
Houston, Texas 77002

Nseabasi Samuel Williams
3939 Synott
Houston, Texas 77082

_____
Jerome Godinich Jr.

4